UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT ALLEN, <br><br> Plaintiff, <br><br> -against- <br><br> ANTWAN PATTON (BIG BOI); ANTONIO RIED (HITCO ENTERTAINMENT); WILLIAM WANG (CEO OF VIZIO), <br><br> Defendants. | 21-CV-3457 (LTS) <br><br> CIVIL JUDGMENT |

Pursuant to the order issued June 3, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), and as frivolous, 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

Plaintiff has consented to receive electronic service of notifications and documents in this action. (ECF 6.)

SO ORDERED.

Dated: June 3, 2021
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge